FILED
CLERK, U.S. DISTRICT COURT
2/26/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___asi___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ZIHIRR MITCHELL,<br>　aka "Bricc Baby,"<br>　aka "Big Shitty,"<br>　aka "MPA Shitro,"<br>　aka "Shitty Montana,"<br>　aka "Bricc Baby Shitro,"<br><br>　　　　Defendant. | CR 2:25-cr-00132-MCS<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of Firearms and Ammunition; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 922(g)(1)]

On or about July 12, 2022, in Los Angeles County, within the Central District of California, defendant ZIHIRR MITCHELL, also known as ("aka") "Bricc Baby," aka "Big Shitty," aka "MPA Shitro," aka "Shitty Montana," aka "Bricc Baby Shitro," knowingly possessed ammunition, namely, three rounds of Speer, 9mm Luger caliber ammunition – which was expelled from a firearm that he possessed and

shot in a business parking lot – in and affecting interstate and foreign commerce.

Defendant MITCHELL possessed such ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1. Reckless Evading, in violation of California Vehicle Section 2800.2(a), in the Superior Court of the State of California, County of Los Angeles, Case Number BA368213, on or about April 16, 2010;

2. Possession of a Controlled Substance, in violation of California Health and Safety Code Section 11350(a), in the Superior Court of the State of California, County of Los Angeles, Case Number SA079886, on or about December 6, 2012;

3. Possession of a Controlled Substance, in violation of California Health and Safety Code Section 11350(a), in the Superior Court of the State of California, County of Los Angeles, Case Number SA085626, on or about February 4, 2014;

4. Criminal Threats, in violation of California Penal Code Section 422(a), in the Superior Court of the State of California, County of Los Angeles, Case Number BA433220, on or about August 2, 2016; and

5. Robbery, in violation of California Penal Code Section 211, in the Superior Court of the State of California, County of Los Angeles, Case Number BA456220, on or about October 7, 2020.

COUNT TWO

[18 U.S.C. § 922(g)(1)]

On or about June 23, 2023, in Los Angeles County, within the Central District of California, defendant ZIHIRR MITCHELL, also known as ("aka") "Bricc Baby," aka "Big Shitty," aka "MPA Shitro," aka "Shitty Montana," aka "Bricc Baby Shitro," knowingly possessed the following firearms and ammunition, each in and affecting interstate and foreign commerce:

(1) a Ruger, model LCP, .380 caliber pistol, bearing serial number 379057941;

(2) a Canik, model TP9SF, 9mm caliber pistol, bearing serial number 19AT00966;

(3) a RADOM, model Hellpup, 5.56x45 caliber pistol, bearing serial number PAC117473522;

(4) approximately twenty-six rounds of Cascade Cartridge Inc., 9mm caliber ammunition;

(5) approximately thirty-two rounds of Lake City, 5.56 caliber ammunition;

(6) approximately six rounds of Giulio Fiocchi, Lecco, .380 caliber ammunition;

(7) approximately thirty-one rounds of Remington Peters, 5.56 caliber ammunition;

(8) approximately thirty-six rounds of Hornady, 5.56 caliber ammunition;

(9) one round of Speer, .45 caliber ammunition; and

(10) one round of Precision Made Cartridges, .45 caliber ammunition.

Defendant MITCHELL possessed such firearms and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1. Reckless Evading, in violation of California Vehicle Section 2800.2(a), in the Superior Court of the State of California, County of Los Angeles, Case Number BA368213, on or about April 16, 2010;

2. Possession of a Controlled Substance, in violation of California Health and Safety Code Section 11350(a), in the Superior Court of the State of California, County of Los Angeles, Case Number SA079886, on or about December 6, 2012;

3. Possession of a Controlled Substance, in violation of California Health and Safety Code Section 11350(a), in the Superior Court of the State of California, County of Los Angeles, Case Number SA085626, on or about February 4, 2014;

4. Criminal Threats, in violation of California Penal Code Section 422(a), in the Superior Court of the State of California, County of Los Angeles, Case Number BA433220, on or about August 2, 2016; and

5. Robbery, in violation of California Penal Code Section 211, in the Superior Court of the State of California, County of Los Angeles, Case Number BA456220, on or about October 7, 2020.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1.  Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offenses set forth in any of Counts One or Two of this Indictment.

2.  The defendant, if so convicted, shall forfeit to the United States of America the following:

    a.  All right, title, and interest in any firearm or ammunition involved in or used in such offense; and

    b.  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.  Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//

//

//

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/S/
Foreperson

JOSEPH T. MCNALLY
Acting United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Chief, Violent & Organized Crime Section

KEVIN J. BUTLER
Assistant United States Attorney
Deputy Chief, Violent & Organized Crime Section

JENA A. MACCABE
Assistant United States Attorney
Violent & Organized Crime Section