# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:25-cr-00132-MCS |
| v. | |
| SEALED | **ORDER RE TRANSFER** |
| | **(Related Criminal Cases)** |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

__3/6/2025__
Date

_[signature]_
United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth below:

_____

_____

_____

_____
Date

_____
United States District Judge

### REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case __2:24-cr-00576-FLA__ and the present case:

☒ A. Arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

☐ B. Involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

### Notice to Counsel from Clerk

On all documents subsequently filed in this case, please substitute the initials __FLA__ after the case number in place of the initials of the prior judge, so that the case number will read __2:25-cr-00132-FLA__. This is very important because documents are routed to the assigned judge by means of these initials.

cc: ☐ PSALA   ☐ PSAED   ☐ USMLA   ☐ USMSA   ☐ USMED   ☐ Previous Judge   ☐ Statistics Clerk

CR-59 (06/23)                **ORDER RE TRANSFER (Related Criminal Cases)**