Anna Moore

10/18/25

Honorable Judge Aenlle-Rocha
350 W. 1st street
Los Angeles, CA. 90012
Dear Honorable Judge Aenlle-Rocha

I am writing to provide a character reference for my son, Zihirr Renee Mitchell, who was born on January 6, 1988. Over the years, I have had the privilege of witnessing his remarkable journey through life, and I feel compelled to share my thoughts on his character and accomplishments.

Zihirr attended private school for his entire academic life, where he excelled both academically and athletically. He was a dedicated basketball player, participating in various traveling basketball teams, which not only honed his skills on the court but also instilled in him the values of teamwork, discipline, and perseverance. His passion for the sport has continued to influence his life positively.

As a father of four, Zihirr has embraced his responsibilities with love and dedication. His oldest daughter is a shining example of his commitment to education, achieving the highest GPA in her entire school at Saint Bernard's High School. This speaks volumes about the environment he has fostered at home, emphasizing the importance of hard work, education, and support.

In addition to being a devoted father and husband, Zihirr has demonstrated significant personal growth over the past five years. He has faced challenges with resilience and has emerged as a strong, positive role model for his children. At 37 years old, he is approaching 40 with a sense of purpose and ambition that is truly inspiring. I am confident that he will continue to achieve great things in the future.

Zihirr is not only a loving family man but also a great change agent in his community. He actively seeks to uplift those around him and is always willing to lend a helping hand. His integrity, kindness, and determination make him an outstanding individual.

I wholeheartedly recommend Zihirr Renee Mitchell as a person of high moral character and strong values. I believe he will continue to make a positive impact in the lives of those he encounters.

Thank you for considering this reference. Should you require any further information, please do not hesitate to contact me.

Sincerely,



Tue, Oct 21, 2025 at 7:06 AM

*To Whom It May Concern,*

**My name is** Clinet Burton **and I am writing this letter on behalf of my younger brother, Zihirr Renee Mitchell. I've had the privilege of knowing Zihirr his entire life — not only as a brother but as a man who has consistently shown love, responsibility, and dedication to his family and community.**

**Zihirr is the only son and a middle child in our family, and from a young age, he's carried that unique position with maturity and heart. He's always been the protector — calm in spirit, thoughtful in words, and steady in actions. As an adult, those same qualities have shaped him into a devoted father of four beautiful children. His kids adore him, and it's easy to see why: he's involved in every part of their lives — from school activities and homework to daily conversations about respect, faith, and doing the right thing.**

**Zihirr is not perfect, but he has always been accountable and willing to grow. He takes his responsibilities seriously and works hard to provide stability for his family. What stands out most about him is his humility and his ability to stay grounded even during difficult times. He has an open heart, and he strives to be a positive role model — not only to his own children but to his nieces, nephews, and younger cousins who look up to him.**

**I believe wholeheartedly that Zihirr's actions and values reflect the kind of man who deserves understanding and support. He is not defined by any single circumstance but by his continued commitment to being a good father, a reliable brother, and a positive presence in his community.**

**I respectfully ask that you consider his character and the genuine love he holds for his children as you make your determination. Zihirr is deeply loved by his family, and we stand by him as he continues to move forward in a positive direction.**

**Thank you for your time and consideration.**

**Sincerely,**
Clinet Burton

**Relationship: Sister**

# Character Reference Letter for Zihirr Mitchell

To Whom It May Concern,

My name is Kierston Chandler, and I am the wife of Zihirr Mitchell. I am writing this letter in support of my husband as he faces sentencing, to share the truth about the man I have known and loved for most of my life.

Zihirr and I have known each other since I was fourteen years old. Over the years, I've had the privilege of watching him grow from a young man into a devoted husband and father. We've been together for almost eight years and married for five, and in that time, I've witnessed the incredible transformation he's made as an individual, as a partner, and as a parent.

Zihirr is one of the most loving, caring, and hardworking people I've ever met. He has always put his family first, working tirelessly to provide for us and making sure we feel loved and supported in every way possible. He's not just present — he's engaged in every moment, whether it's helping with the kids, talking through life's challenges, or simply making us laugh when we need it most.

We share a beautiful two-year-old daughter who absolutely adores her father. She asks for him every single day, and it breaks my heart to see how deeply she misses him. From the day she was born, Zihirr has been by her side — feeding her, reading to her, and teaching her with so much patience and love. He's her hero, her comfort, and her safe place. His oldest daughter, who is sixteen, will be graduating high school soon. This is such an important time in her life, and she needs her father's presence and... Zihirr has come such a long way in his personal growth. He's learned from his past and continues to strive every day to be a better man — not just for himself, but for his family and community. He's the kind of person who would give the shirt off his back to help someone else, even when he's struggling himself.

I know with my whole heart that Zihirr is not defined by his mistakes. He's defined by his love, his dedication, and his willingness to keep trying, no matter what life throws at him. Our family truly depends on him — not only for what he provides but for the love, stability, and strength he brings into our lives.

Thank you for taking the time to read my letter and for seeing Zihirr through the eyes of someone who knows him deeply. I hope my words help you understand the kind, hardworking, and loving man he truly is — and the difference his presence makes in the lives of those who love him.

Sincerely,

Kierston Chandler

Wed, Oct 15, 2025 at 1:36 PM

To Whom It May Concern:

My name is Ebony Brown, and I am the mother of Zihirr Mitchell's oldest daughter, Zoe Mitchell. I am writing this letter to speak on behalf of Zihirr and to share my personal experience witnessing his growth, transformation, and dedication to becoming a better man, father, and member of society.

I am fully aware that Zihirr has a past, but what stands out most is the tremendous progress he has made since his last release from prison. Over the years, I have observed a genuine and consistent change in him. He has become more self-aware, responsible, and intentional about the choices he makes. Zihirr recognizes the value of his freedom and the importance of being present in his daughter's life, and he has demonstrated a sincere commitment to living a life built on integrity and accountability.

As a father, Zihirr has been nothing short of devoted. He and Zoe share an unbreakable bond    one built on love, trust, and friendship. He has been there for her in every way imaginable: attending her school events, award ceremonies, cheerleading games, and even the smaller everyday moments that truly matter. He made it a point to be involved in her education, health, and overall well-being, never missing a doctor's appointment or milestone. His consistency, love, and presence made a lasting impact not only on Zoe but on our entire family.

Since his current incarceration, I have seen firsthand how deeply this situation has affected Zoe. The absence of her father has taken a visible toll on her emotional and mental health. She has struggled with depression, grief, and post-traumatic stress from the sudden loss of his daily presence. I have had to place her in therapy for additional support, and through these difficult times, it has become even clearer how strong their connection is and how much his role in her life matters.

Zihirr's absence has shown us all how far he had come—and how determined he is to continue down the right path. I truly believe that this experience has reinforced for him what is most important: family, freedom, and purpose. He has expressed his remorse, his desire to break generational cycles, and his determination to return home as a better man and father.

In closing, I write this letter not out of obligation but out of belief. I have seen Zihirr's growth, and I stand behind his efforts to continue transforming his life for the better. I am confident that, given the opportunity, he will continue to make positive contributions to his family and his community.

Thank you for your time and consideration.

With sincerity,

Ebony Brown

Mother of Zoe Mitchell

Tue, Oct 14, 2025 at 7:50 PM

To the Honorable Judge,

My name is Zoe Mitchell, and I am the oldest daughter of Zihirr Mitchell (aka his bestfriend),I am writing this letter to share how much my dad means to me and how he is the sweetest to me and everyone around him.

My dad has been to jail throughout my childhood, but this has to be by far the worst timing as I was just starting to get to know and trust him. For the past 5-6 years he has shown me a new him, a him that I've never seen;his constant push to be better for his kids, to be there for his family and his extended family. I've had mostly the same friends for a long time that I've bought around my dad and he has always provided for them while they were around;letting them stay over for however long they wanted, showing them love, making jokes with us,giving us money to shop,and always made sure everyone felt loved and cared for. I have been speaking still to this day to those friends and they felt almost as much pain as me when I announced he had gone to jail. I know he has made mistakes but I also know he has been trying to make things right and take responsibility for his actions.

My dad is my bestfriend, he always pushed me to be the best and motivated me when I was down. He always tried his best to be a relatable dad rather than a "I told you so" dad.Hes helped me stay positive during my recent challenges with my health;needing and receiving a blood transfusion and having abnormal bleeding and MRI's for a long time. He's never missed a doctor's appointment nor has he been late (and he is never on time to anything lol). Not having him by my side recently has affected me tremendously mentally.

I respectfully ask that you consider his good character,his efforts to change, and the love and support he gives to everyone when making your decision.

Thank you for your time and understanding.

Sincerely
Zoe Mitchell

1/1

10/20/25

To Whom It May Concern,

I am writing to provide a character reference for Zihirr Mitchell. I have had the pleasure of knowing Zihirr for many years (since High School), and it is clear to me that he is an individual who is deeply committed to his family and values the importance of being an active, positive role model.

Zihirr is a devoted father of four, and his children are the heart of his world. His commitment to their well-being and development is evident in the time and energy he invests in their lives. He is a hands-on father, always present and engaged with his children. Whether it's attending school events, helping with homework, or simply spending quality time together, Zihirr ensures his children know they are loved and supported.

In addition to being a loving father, Zihirr is also a dedicated uncle. His nieces and nephews enjoy a special bond with him, and they are fortunate to have him in their lives. Zihirr is known as the "fun uncle" in the family, always going out of his way to make time for his nieces and nephews. Whether it's taking them to amusement parks, movies, or just spending the day together, Zihirr is always eager to create lasting memories with the kids. His selflessness and dedication to making sure the children in his life have positive experiences are truly remarkable.

One of Zihirr's most admirable qualities is his ability to put others' needs before his own. He is a selfless individual, always willing to lend a helping hand, whether it's providing support to family members or offering assistance to friends in need. Even on his own birthday, Zihirr prioritizes family time, demonstrating that his focus is always on creating meaningful connections with those he loves.

Zihirr has worked incredibly hard to turn his life around and become the kind of person who can set a positive example for his children, nieces, and nephews. His transformation has been nothing short of inspiring, and it is clear that he strives

to be a model of integrity, responsibility, and kindness. His determination to create a better future for his family is evident in everything he does.

In conclusion, Zihirr Mitchell is an exceptional father, uncle, and individual who consistently goes above and beyond for the people he loves. His selflessness, dedication, and commitment to his family make him someone who truly stands out. I wholeheartedly  have no doubt that he will continue to be a positive influence on those around him.

Sincerely,
Ashton Hasson

Zihirr's Sister-in-Law

Asiah Collins                                                    10/20/2025

**RE: Character Reference for Zihirr Mitchell**

Dear Honorable Judge,

My name is Asiah Collins, and I am writing to you on behalf of my cousin, Zihirr Mitchell, whom I have had the privilege of knowing for all 37 years of our lives. I respectfully ask you to consider this letter as a personal reference in support of his character. Over the past several years, I have witnessed a profound and inspiring transformation in Zihirr. He has worked tirelessly to turn his life around and has committed himself to living a life of integrity and purpose. He is now a devoted husband, a present and loving father to four children, and a man who contributes positively to those around him. His journey has not been without challenges, but he has faced them with accountability and a sincere desire to grow. Zihirr has become a role model in our community showing others, especially the younger generation, that no matter where you start, change is possible. He proves daily that living an honest life, free from crime, is not only worthwhile but achievable. His dedication to bettering himself and supporting his family is evident in all he does. I wholeheartedly believe that Zihirr is not a threat to society but rather an asset. With continued support and the opportunity for rehabilitation, I am confident that he will continue on this positive path. He has so much more to give to his family and community, and I sincerely hope that the Court will consider leniency in his case, allowing him the chance to continue being the man he has worked so hard to become. Thank you for taking the time to read this letter. Please feel free to contact me if any further information is needed.

Respectfully,

Asiah Collins

Wed, Oct 15, 2025 at 11:10 AM

Greetings Your Honor,

Name is Brett Mitchell and I am writing this letter and support of my cousin and God-Brother Zihirr Mitchell. I am an alumni of UCLA, UCLA Law and Howard Law, and I am also the co-founder of Crete Academy Incorporated. I have dedicated my life to serving my community through  education, mentorship and coaching.

I have known Zihirr my entire life. He is an extremely intelligent, passionate and talented young man. He excelled in school and had a promising athletic career all the way through high school and even attended some college. In his adult life, he has encountered some challenges and has has made some mistakes, however over the last several years I have personally seen him intentionally and deliberately working on improving his life and playing a primary role in raising his kids and their overall well-being. I have four kids of my own similar in age to Zihirr's. They are also first cousins and friends. Over the last 5 years, he has humbly reached out for mentorship on Fatherhood, relationship and business advice to make sure that he makes better decisions for the future. I have witnessed him listen and apply wisdom to make him a better, father and man, and I look forward to seeing him continue on this journey.

Your honor, I respectfully ask for leniency on his sentencing as he has dedicated his life to being a family and businessman, and is currently playing a critical role in financially, physically and emotionally supporting his kids and his wife. Thank you for your time and consideration in this matter.

Brett Mitchell Jr.



October 20, 2025

To Whom It May Concern:

The purpose of this letter is to express my support in favor Zihirr Mitchell. Zihirr has demonstrated over the last several years that his priority is to provide for his family and abide by the law. Although he does have a past, I believe he is in a different place in his personal development than he was years ago.

I first met Zihirr in 2009 when I became a part of the Mitchell family. Zihirr is first cousins with my husband Brett Mitchell. When I met Zihirr, I recall him having a big personality and being extremely smart and intentional. Sadly, some choices were made and Zihirr spent several years behind bars shortly after me meeting him. While this time was difficult, I can attest to witnessing Zihirr mature, grow and develop into the man he is today.

Since Zihirr has returned home, he spends his time working and taking care of his family. Zihirr has four children ages 16, 12, 8 and 2. Not only does Zihirr spend time with his immediate family, but he also goes out of his way to support his extended family. Whenever there is a family event, he makes every effort to bring his children and be a part of family gatherings. Each year, my family hosts a Cousins Gingerbread Party around Christmas and Zihirr makes sure to bring his kids, even the two that live in Las Vegas. One year, Zihirr brought Christmas gifts for all my kids, in addition to his own. Not only does Zihirr show his support with his presence, but he also shows it through his generosity.

Zihirr is a smart, loving and generous human. He deserves a chance at bond so that he can be the father and husband that he has worked so hard to become. He deserves the opportunity to prove he is not a flight-risk and will abide by the law and follow his bond instructions. I support Zihirr receiving bond and know that if bond is granted to him, he will take all necessary steps to uphold his responsibilities.

Should you wish to discuss Zihirr's character further, I can be reached at ████████-1109 or ██████████████████████.

Warm Regards,
Hattie Mitchell
Founder, Crete Academy

**To Whom It May Concern,**

**I wanted to take a moment to talk about my uncle and what he means to me and my family. He's always been the fun uncle — the one who never stops joking around, always laughing, and finding a way to make everyone smile. There's never a dull moment when he's around.**

**My siblings and I spent so many weekends at his house , and he never once made us feel like we were in the way. He always welcomed us with open arms, made sure we were fed, happy, and having fun. You could always count on him to turn an ordinary day into something memorable.**

**He's the kind of person who brings good energy wherever he goes. No matter what's going on, he keeps a positive attitude and reminds everyone to just enjoy life. He's kind, funny, and genuinely cares about his family. I've never had a bad experience with him — just a lot of good memories, laughter, and love.**

**To me, he'll always be that uncle you can depend on, laugh with, and feel completely comfortable around. He's a big part of why family gatherings feel so full of warmth and happiness.**

**Sincerely,**
**McKenzie**

Rhonita Thornton
540 Evergreen St #20
Inglewood, CA  90302
rhonita.grace@gmail.com
310-925-2636
October 20, 2025

The Honorable Fernando L. Anelle Rocha

350 West First Street Court 6B
Los Angeles, CA 90012
Federal Court

Re: Character Reference for Zihirr Mitchell

Dear Judge Fernando L. Anelle Rocha

I am writing to you on behalf of Zihirr Mitchell, whom I have known for 15 years. I understand that Zihirr Mitchell is currently before you, and I would like to offer my perspective on the remarkable personal growth and transformation I have witnessed during their time in incarceration.

When I first met Zihirr, he faced many challenges and made mistakes that led to his current situation. However, over the course of his incarceration, I have observed a profound change in his character, attitude, and outlook on life.
Zihirr Mitchell has demonstrated genuine remorse for past actions and has taken full responsibility for the consequences.

More importantly, Zihirr Mitchell has committed to self-improvement through participation in educational programs, vocational training, and counseling sessions. These efforts have not only equipped him with valuable skills but have also fostered a deeper understanding of himself and the impact of his decisions. He have shown a sincere desire to contribute positively to society upon release.

I believe that Zihirr Mitchell has used this time constructively to grow as a person and to prepare for a responsible and productive future. It is my hope that you will take into consideration the progress he have made and grant him the opportunity to continue this journey outside of incarceration.

Thank you for your time and thoughtful consideration.

Respectfully,

Rhonita Thornton
Friend of the Family

Tue, Oct 21, 2025 at 7:07 AM

*To Whom It May Concern,*

My name is Tara Duncan, and I am writing this letter as a family friend of over twenty years to the Mitchell and Burton family. I have known Clinet Burton, Zihirr's older sister, for two decades, and through that relationship, I have come to know Zihirr Renee Mitchell as well.

Over the years, I have watched Zihirr grow into a responsible, caring, and devoted man. What stands out most about him is his deep love and commitment to his four children. He is a hands-on father who shows up consistently — whether it's school activities, weekend time with his kids, or simply being a steady presence in their lives. His children look up to him, and it's clear that they find comfort and guidance in his example.

Zihirr is also a supportive son and brother. As the only boy and a middle child, he has always been the calm and dependable one in his family — the kind of person people can lean on when times get tough. He carries himself with humility and respect, and I've always admired the way he puts his family first, no matter the circumstance.

I believe Zihirr's true character is reflected not in any challenges he may face, but in how he responds to them — with grace, accountability, and a genuine desire to do better for his children and himself. I am confident that he is a good man who continues to grow and make positive contributions to his family and community.

Thank you for taking the time to consider this letter and the positive influence Zihirr has on those around him.

Sincerely,
Tara Duncan
Family Friend of the Mitchell-Burton Family

October 18, 2025


To All Concerned Parties


RE Zihirr Mitchell


I am writing the letter of character reference for Zihirr Mitchell, with hopes to help all concerned to get to know him better. I am his youngest aunt from his mother's side of his family, and I have been in his life from day one.

Zihirr has always shown signs of high intelligence. He has and still is a quick study in any academic or life experience subject matter.   He is a loving father to his children, who also show signs of possessing forms of above average intelligence

He is a supportive spouse, son and brother to his siblings.  Born into a large family in which there are more females than males, he is well loved by the many women in his family life. Respectful to elders, always there when called upon for assistance. A protector of all and guardian to others.

Zihirr is creatively talented as well. Currently he is making use of his creative gifts and talents to help provide for his family.   He is a well-loved family man, a song writer and producer, rap artist and a podcast host.

This young man has been keeping himself busy and on the right course of life. Keeping his family first and his focus on creating and providing for his family.

Though It's been a long and sometimes turbulent path for my nephew, today I am proud of the man he has become, and I am excited about whom he is becoming!


Lisa D Farr Jagodzinski

Alex Alonso

December 8, 2025

Honorable Fernando Lazoro Aenlle-Rocha
US District Court
Los Angeles, CA

Re: Letter in Support of Zihirr Mitchell

**Dear Honorable Judge,**

I respectfully submit this letter in support of Mr. Zihirr Mitchell, who has pled guilty to federal firearms offenses. By entering this plea, Mr. Mitchell has taken responsibility for his conduct and has begun the process of accountability necessary to move forward with his life.

I have known Mr. Mitchell personally for several years, and we share mutual friends of more than two decades. In addition, I write from the perspective of a professional whose career has been devoted to the study of street gangs and gang culture. I am a social scientist and a professor of sociology and human geography within the California State University system, where I taught intermittently from 2001 through 2019. For over thirty years, my primary work has focused on gang dynamics, violence, and desistance. I have testified or consulted as an expert in approximately 650 cases across state, federal, civil, immigration, and military courts, including cases in this Court house.

Through my research and community-based work, I have developed long-standing relationships with both current and former gang members throughout Los Angeles. A consistent theme in my experience is that individuals often "age out" of gang involvement as they assume greater family and employment responsibilities. Based on my observations over the past several years, Mr. Mitchell appears to be in this transitional stage of life.

I am familiar with the facts of this case and have reviewed the complaint and plea agreement. Like many who know Mr. Mitchell, I was disappointed by the conduct described therein. At the same time, I have observed meaningful changes in his life. He has survived significant violence, including a near-fatal shooting that left him temporarily paralyzed, an experience that profoundly affected him. Since that time, he has increasingly focused on legitimate work as a radio and podcast host and on his responsibilities as a father.

While the indictment characterizes Mr. Mitchell as active in gang activity, my personal observations do not support the conclusion that he is currently living as a street-level gang participant. He does not spend his time on the streets or regularly frequent gang areas. Like many individuals seeking to disengage from prior associations, he still maintains some relationships with affiliated individuals, but

the central focus of his life today is his work and his family.

I am also aware that some of Mr. Mitchell's public-facing behavior on podcasts may concern the Court. In my professional judgment, much of that conduct reflects a stylized media persona rather than his private character. When Mr. Mitchell appears on my own platform, where such behavior is not encouraged, he consistently presents as thoughtful, articulate, and insightful. This contrast suggests capacity for judgment, self-regulation, and growth when placed in structured and pro-social environments.

After reviewing Mr. Mitchell's plea agreement dated August 25, 2025, I respectfully believe he is an appropriate candidate for a sentence at the low end of the advisory guideline range. I further recommend that the Court consider mandating anger management and domestic violence awareness programming, such as services offered by 2nd Call under the direction of Mr. Skipp Townsend. In my experience, this type of intervention is effective for individuals at Mr. Mitchell's stage of life and greatly enhances the likelihood of rehabilitation and public safety.

I believe that a sentence combining accountability, structure, and targeted programming will best position Mr. Mitchell to continue his transition away from past influences and toward becoming a productive citizen and responsible parent.

Thank you for your time and consideration.


**Respectfully submitted,**

Alex Alonso

**Imperial Family Companies**

https://imperialfamily.com

October 14, 2025

To Whom It May Concern,

I'm Andrew Lee, founder of Private Internet Access (sold to Kape Technologies in 2019) and currently CEO of Imperial Family Companies. I've spent my career building technology companies focused on privacy and infrastructure, and I'm writing to share what I know about Zihirr Mitchell.

I've known Zihirr for several years as a friend and through our overlapping circles in entertainment and tech. I'm writing this because I genuinely believe in his character and wanted to share my perspective.

What stands out most about Zihirr is how hard he works. He's built a real career in entertainment and certainly not overnight, but through consistent effort and professionalism. I've watched him show up, put in the work, and take his commitments seriously. That's not common, and it matters.

More importantly, his family comes first. He lives with them, supports them, and maintains those relationships as his foundation. This is what I've observed consistently in knowing him. He's rooted here, with real responsibilities and people who depend on him.

In every interaction I've had with Zihirr, he's been straightforward and reliable. He's someone who keeps his word. When he says he'll do something, he does it. That consistency builds trust, and it's why I'm confident writing this letter.

As is well known publicly, Zihirr has legitimate work in entertainment, a stable home with his family, and strong community ties. This is the foundation of his life here. He has every reason to meet his obligations to the court, and I believe he will.

I'm happy to answer any questions about this letter or provide additional context if needed.

Sincerely,

Andrew Lee
CEO, Imperial Family Companies

andrew@imperialfamily.com



Brian Todd Collins Jr
Professionally Known As Kid Ink
10/17/2025


To the Honorable Judge,

My name is Brian Collins, and I am writing this letter in support of Mr. Zihirr Mitchell, whom I have had the privilege of knowing for over twenty years. Throughout this time, I have known Zihirr to be a man of great heart, talent, and perseverance.

For the past fifteen years, Zihirr and I have toured and created music together all over the world. In both his personal and professional life, he has consistently shown himself to be an inspiration to those around him. He is a devoted father to his four children, a caring son, and a loyal friend to many.

Over the years, I have witnessed Zihirr face his share of challenges, yet I've also seen the effort he has made to grow, reflect, and become a better version of himself. The transformation I've seen in him is genuine and inspiring. Today, he uses his experiences and his voice to uplift others—especially the youth in his community—encouraging them to make better choices and believe that they can rise above their mistakes.

Zihirr stands as a living example that redemption is possible, and that our past does not have to define our future. I sincerely ask that you take into account his growth, his commitment to his family and community, and the positive impact he continues to have on others. Please give him another chance to continue on this path of progress and purpose.

Thank you for your time and consideration.

With Respect,

Brian Todd Collins Jr



GF Management
2209 Main st. Suite #203
Santa Monica, CA 90405

To Whom It May Concern:

This letter is by I, Dannie Fite Co-CEO of Get Familiar Management, on behalf of Zihirr
Mitchell pka (Bricc Baby). I have been managing Zihirr for the past 2 ½ years and he has
really made a direct focus in his life as a Dad/Career first father and he literally did as
such. Throughout the process of constant long hours in the studio to finish songs for his
albums, 1-2 month tours opening for huge acts like Kid Ink, Fetty Wap etc… to leaving
the studio for 2 hours to go and help his daughter with her schoolwork and normal parent
duties. He has become a role model for me to the point of making time to get everything
done in life that you need to and not put anything off unnecessarily.

Zihirr has done charitable and volunteer events like most of the other celebrities he now
works with in the music industry and does it without hesitation. This letter is based off of
what I know myself and have witnessed personally. I ask that the court please know that
this is the true person & character of Zihirr that I know and this is all I can go off of.

Sincerely,

Dannie Fite
GF Management
310.906.7127

**Ross Lindgren**

London, United Kingdom, E14 9ED
Email: ross@traplore.com

**Date:** October 14, 2025

**To Whom It May Concern,**

**Re: Character Reference for Mr. Zihirr Mitchell**

My name is **Ross Lindgren**, and I am a professional journalist and YouTuber from the United Kingdom. I am the creator of the *Trap Lore Ross* YouTube channel, which has over one million subscribers and focuses on in-depth documentaries about hip-hop culture and the American music industry. I am widely regarded as the leading hip-hop reporter in the United Kingdom, and my work has brought me into contact with many prominent artists and cultural figures across the United States.

I am writing in support of **Mr. Zihirr Mitchell**, whom I have come to know personally and professionally over the past several years. Zihirr's story is one of genuine transformation. He was raised in a difficult neighborhood in Los Angeles, where many young people face severe socioeconomic and environmental challenges. Despite this, Zihirr has made a conscious decision to turn his life around and has become a successful **podcaster, musician, and father**.

Before his incarceration, Zihirr achieved significant success on the **No Jumper podcast**, which has over four million subscribers. His contributions were insightful, honest, and often focused on the importance of self-improvement and personal accountability. He used his platform not to glorify negative influences, but to educate and uplift—sharing his life experiences as lessons for others who come from similar backgrounds.

I personally **traveled from the United Kingdom to Los Angeles** to meet and interview Zihirr for my own professional projects. During that time, I spent considerable time around him and his family. I observed firsthand that he is a **devoted father** and a positive role model to his children. His commitment to being present, supportive, and responsible for his family was deeply apparent.

Zihirr's reformation is not superficial—it is rooted in a genuine desire to contribute positively to his community. He has spoken with me at length about his plans to use his platform to **mentor young people**, discourage violence, and promote legal, creative opportunities for the next generation. His success as a podcaster and musician demonstrates that he has both the talent and the audience to make this impact.

Furthermore, upon his release, Zihirr already has **major podcast appearances arranged** and has drawn **significant interest from major record labels** in his music career. These professional opportunities will allow him to continue his lawful, productive work in entertainment and to provide stability and support for his family.

In my personal and professional opinion, Zihirr Mitchell is a **reformed individual** who has demonstrated integrity, intelligence, and commitment to positive change. He has built a legitimate and respected career in the creative industry, and I believe he will continue to make a meaningful contribution to both his family and the wider community if granted bail.

Please accept this letter as my strong personal endorsement of Mr. Mitchell's character and my belief in his continued rehabilitation and positive potential.

Yours faithfully,

**Ross Lindgren**
YouTuber / Hip-Hop Journalist
Trap Lore Ross
ross@traplore.com

Mon, Oct 20, 2025 at 4:03 PM

Joshua Manheim

Chief Operating Officer

No Jumper

10/20/25

Re: Character Reference for Mr. Zihirr Mitchell

To whom it may concern,

My name is Josh Manheim, and I have had the privilege of working with Mr. Zihirr Mitchell for over two years. During this time, I have come to know him as a man of integrity, respect, and strong moral character.

Zihirr has consistently shown care and concern not only for his family but also for his colleagues. He approaches his work with dedication and professionalism, and he treats everyone around him with kindness and respect. It's clear that he takes pride in being a dependable team member and a supportive presence to those who know him.

Outside of work, Zihirr often speaks about his deep love for his family and the importance of being a positive role model for them. His actions reflect that commitment daily. I have personally witnessed the compassion and responsibility he carries both in his professional and personal life.

In my experience, Zihirr Mitchell is a good-hearted individual who strives to do the right thing and uplift those around him. I sincerely hope you take into consideration the genuine character of the man I have had the pleasure of knowing and working alongside.

Thank you for your time and consideration.

Respectfully,

Joshua Manheim

Chief Operating Office at No Jumper/ Direct Manager over Zhirr

Josh Manheim | No Jumper
josh@nojumper.com
Instagram: josh_at_nojumper
YouTube | Instagram | Twitter | Shop



To The Honorable Judge

Zihirr Mitchell has been an extremely important asset to my team and to my artist (Multi-Platinum Recording Artist Kid Ink) over the course of the last 12 years. He is an extremely talented young man who has a bright future in the music business as long as he has both feet all the way in. He has written several songs for Kid Ink on 2 major label album releases as well as connected some key features for us with other major artists in this business. Zihirr has been on the road with us for several tours and has shown exemplary behavior when included in a healthy normal business regimen.

I've known Zihirr for the better part of 13 years and have seen him turn his life around and leave the streets behind for the music business. If you have spent any time with him and can look past the braids and tattoos he is an extremely intelligent, social and warm young man who could flourish with the right opportunities and support system.

Respectfully, I genuinely believe allowing Zihirr to chase his dreams and follow through on current opportunities in the music business would create an end result that's much healthier for society than taking him away from it.

Sincerely,

William Reaves

CEO – Tha Alumni Music Group

10/15/2025